JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ROUSER, | ) | Case No. LA CV 15-2123 DSF (JCG) |
|     Petitioner, | ) | **JUDGMENT** |
|   v. | ) | |
| J. SOTO, | ) | |
|     Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: March 29, 2016    _____

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE